Miles D. Grant, Esq. (SBN 89766)
Phillip A. Zunshine, Esq. (SBN 339010)
**GRANT, KESSLER & ZUNSHINE, APC**
1331 India Street, San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036
miles@gkzlaw.com; phillip@gkzlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PIKA CAPITAL MANAGEMENT, LIMITED<br><br>Plaintiff,<br><br>V.<br><br>ALEXANDER SCHLENZKA; DAVID KANG; BRANDON MURIO; ZIXIA XUE.<br><br>Defendants. | CASE NO. 4:26-CV-05595-HSG<br><br>**STIPULATION AND ORDER SETTING ASIDE DEFAULT OF DEFENDANT ALEXANDER SCHLENZKA** |

**STIPULATION**

It is hereby stipulated by and between PIKA CAPITAL MANAGEMENT, LIMITED (“Plaintiff”) and ALEXANDER SCHLENZKA (“Schlenzka”) as follows:

1. On September 10, 2026, this Court entered Schlenzka’s default under Rule 55(a) after Schlenzka failed to timely respond to Plaintiff’s First Amended Complaint (“FAC”).

2. On September 21, 2026, Schlenzka filed a Motion to Set Aside the default (“Set Aside Motion”). Plaintiff’s deadline to oppose the Set Aside Motion is October 5.

3. All defendants other than Schlenzka previously filed a Rule 12(b)(6) motion (“Rule 12 Motion”) in response to the FAC. The Rule 12 Motion seeks dismissal of Plaintiff’s fraud and RICO claims; it does not seek dismissal of Plaintiff’s claim for breach of guaranty. The Rule 12 Motion is fully briefed and the Court has taken the matter under submission.

4. To avoid the time and expense of litigating the Set Aside Motion, Plaintiff has agreed to set aside Schlenzka's default on condition that Schlenzka's response to the FAC, or any later Second Amended Complaint ("SAC"), is only as follows:

a. If the Rule 12 Motion is denied, Schlenzka can only file an Answer to the FAC and the Answer must be filed within 21 days of the Court's ruling denying the Rule 12 Motion;

b. If the Rule 12 Motion is granted, and if Plaintiff's fraud and RICO claims are deemed struck from the FAC, Schlenzka can only file an Answer to the FAC;

c. If the Rule 12 Motion is granted, and if Plaintiff elects to file a SAC in response that only includes claims for breach of guaranty, Schlenzka can only file an Answer to the SAC; and

d. If the Rule 12 Motion is granted, and if Plaintiff elects to file a SAC in response that includes any claims other than a claims for breach of guaranty, Schlenzka will have 21 days to file either an Answer or any other responsive pleading, including his own Rule 12 motion, to the SAC.

IT IS SO STIPULATED.

GRANT, KESSLER & ZUNSHINE, APC

By: */s/ Phillip A. Zunshine*
Phillip A. Zunshine
Attorneys for Plaintiff

GUTIERREZ MARCA LLP

By: */s/ Matthew D. Marca*
Matthew D. Marca
Attorneys for Schlenzka

**ORDER**

Pursuant to the above Stipulation, it is so ordered.

Dated: 10/1/2026

Haywood S. Gilliam Jr.
HON. HAYWOOD S. GILLIAM, JR.